AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Southern District of Florida

<table>
<tr><td><b>Affordable Aerial Photography, Inc.</b><br><i>Plaintiff(s)</i></td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No. 9:26-cv-80292</td></tr>
<tr><td><b>SUTTER&NUGENT, LLC and TAMMY LYNN GOMES,</b><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
SUTTER&NUGENT, LLC
Serve: Registered Agent
Talbot Keating Sutter
3955 Florida Boulevard
Palm Beach Gardens, FL, 33410-2213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Colville
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___Mar 18, 2026___



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| **AFFORDABLE AERIAL PHOTOGRAPHY, INC.,** <br> *Plaintiff(s)* <br><br> v. <br><br> **SUTTER&NUGENT, LLC and TAMMY LYNN GOMES,** <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 9:26-cv-80292 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To:

Tammy Lynn Gomes
370 Prestwick Circle, Apartment 4
Palm Beach Gardens, FL 33418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Colville
**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ Mar 18, 2026 _____



Angela E. Noble
Clerk of Court

SUMMONS ———

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts